UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

CIVIL NO:  4:04-cv-40268

**ORDER GIVING NOTICE OF DISMISSAL**

HOLMES

v

MCTAGGART

Notice is given that the above-entitled action will be dismissed under Local Rule 41.1(b)(1)(D), fourteen (14) days from the date this Order is filed for failure to file the Scheduling Order and Discovery Plan required by Local Rule 16.1(a),(b).  A copy of Local Rule 41.1 is forwarded with this Order.

Dated this 24th   day of September 2004.

*James Rosenbaum*
James Rosenbaum, Clerk
U.S. District Court

FILED 9/24/2004 8:44:30 AM, USDC, Southern District of Iowa